UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SARAH WILLIAMS, AS GUARDIAN OF THE
PERSON AND PROPERTY OF STANLEY
WILLIAMS,

                         Plaintiff,

        - against -

RIVERBAY CORPORATION, DOUGLAS
ELLIMAN PROPERTY MANAGEMENT AND
DOUGLAS ELLIMAN REALTY, LLC,

                         Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS
ELLIMAN PROPERTY MANAGEMENT AND
DOUGLAS ELLIMAN REALTY, LLC,

                  Third- Party Plaintiffs,

        - against -

JERMAINE B. WILLIAMS, AS
ADMINISTRATOR OF THE ESTATE OF
RENNA WILLIAMS,

                  Third-Party Defendants.
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS
ELLIMAN PROPERTY MANAGEMENT AND
DOUGLAS ELLIMAN REALTY, LLC,

                Second Third-Party Plaintiffs,

        - against -

WALTER KIDDE & COMPANY, INC.,
WALTER KIDDE FIRE SUPPRESSION, INC.,
KIDDE FIRE PROTECTION, INC., UNITED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/19/19

17 Civ. 4397 (LAK) (RWL)

**ORDER**

| | |
|---|---|
| TECHNOLOGIES CORPORATION, UTC FIRE | : |
| & SECURITY CORPORATION, UTC FIRE & | : |
| SECURITY AMERICAS CORPORATION, | : |
| INC., THE HOME DEPOT, INC., AND HOME | : |
| DEPOT, U.S.A., INC., | : |
| | : |
| Second Third-Party Defendants. | : |
| ---------------------------------------------------------------X | |

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

On October 1, 2019, Third-Party Defendant/Fourth-Party Plaintiff, Marion Scott Real Estate, Inc. ("Marion Scott") filed a Fourth-Party Complaint against Fourth-Party Defendant, Southside Electric Inc. of NY ("Southside"). (Dkt. 221.) Two Affidavits of Service were filed on October 10, 2019 and October 16, 2019, showing service on Southside's corporate addresses and through the New York Secretary of State, respectively. (Dkt. 227, 228.)

The deadline for Southside to respond to the Fourth-Party Complaint has now passed. Because Southside's appearance is necessary to move forward with overall case scheduling, Southside is ORDERED to appear by counsel in this action no later than December 3, 2019. Failure to do so may result in entry of default judgment. Counsel for Marion Scott is directed to serve a copy of this Order upon Southside.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2019
　　　　New York, New York

Copies transmitted to all counsel of record.

2