UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SARAH WILLIAMS, AS GUARDIAN OF THE :
PERSON AND PROPERTY OF STANLEY :
WILLIAMS, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　Plaintiff, :　　　17 Civ. 4397 (LAK) (RWL)
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　- against - :　　　**ORDER**
　　　　　　　　　　　　　　　　　　　　　　　　　 :
RIVERBAY CORPORATION, DOUGLAS :
ELLIMAN PROPERTY MANAGEMENT AND :
DOUGLAS ELLIMAN REALTY, LLC, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　　　　　　　　　　Defendants. :
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS :
ELLIMAN PROPERTY MANAGEMENT AND :
DOUGLAS ELLIMAN REALTY, LLC, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　Third- Party Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　- against - :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
JERMAINE B. WILLIAMS, AS :
ADMINISTRATOR OF THE ESTATE OF :
RENNA WILLIAMS, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　　Third-Party Defendants. :
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS :
ELLIMAN PROPERTY MANAGEMENT AND :
DOUGLAS ELLIMAN REALTY, LLC, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　Second Third-Party Plaintiffs, :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
　　　　　　　- against - :
　　　　　　　　　　　　　　　　　　　　　　　　　 :
WALTER KIDDE & COMPANY, INC., :
WALTER KIDDE FIRE SUPPRESSION, INC., :
KIDDE FIRE PROTECTION, INC., UNITED :

| | |
|---|---|
| TECHNOLOGIES CORPORATION, UTC FIRE & SECURITY CORPORATION, UTC FIRE & SECURITY AMERICAS CORPORATION, INC., THE HOME DEPOT, INC., AND HOME DEPOT, U.S.A., INC., | : : : : : : |
| Second Third-Party Defendants. | : |

-----------------------------------------------------------------X

**ROBERT W. LEHRBURGER, UNITED STATES MAGISTRATE JUDGE.**

On November 18, 2019, the Court held a telephonic Case Management Conference to discuss discovery issues raised by the parties' recent correspondence. (Dkt. 232, 233, 235.) As discussed during the Conference, it is ORDERED:

1. With respect to the information contained in Paragraphs 2, 3, 4, and 6 of the Affidavit of Mr. Anthony Vicente, Defendant Riverbay Corporation must identify: (1) who provided that information for the Affidavit; (2) who asked or directed Mr. Vicente to sign the Affidavit; and (3) who was present in the room when Mr. Vicente signed his Affidavit.

2. Second Third-Party Defendants Home Depot USA, Inc. and Home Depot, Inc. (collectively "Home Depot"), and Walter Kidde Portable Equipment, Inc. ("WKPE") need not produce complaints related to models of smoke detectors other than the "UL model."

3. Home Depot and WKPE shall produce complaints of "false alarms."

4. Home Depot shall produce customer complaints it received from sales outside of New York, in addition to those from within New York, in response to Defendants' document requests and interrogatories.

5. Deadlines in the amended Civil Case Management Plan and Scheduling Order, dated August 5, 2019 (Dkt. 220), are extended by 60 days as follows:

a. All fact discovery shall be completed by March 30, 2020.

b. Depositions shall be completed by February 15, 2019.

c. Requests to admit shall be served by February 27, 2019.

d. Expert discovery shall be completed by May 30, 2020.

e. By March 10, 2020, the parties shall meet and confer on a schedule for expert disclosures, including reports, production of underlying documents, and depositions, provided that (i) expert report(s) of the party with the burden of proof shall be due before those of the opposing party's expert(s); and (ii) all expert discovery shall be completed by the date set forth above.

f. The parties shall continue to submit a joint status letter every 60 days.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: November 19, 2019
New York, New York

Copies transmitted to all counsel of record.