```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SARAH WILLIAMS, AS GUARDIAN OF THE          :
PERSON AND PROPERTY OF STANLEY              :
WILLIAMS,                                    :
                                             :
                           Plaintiff,        :
                                             :
            - against -                      :
                                             :
RIVERBAY CORPORATION, DOUGLAS                :
ELLIMAN PROPERTY MANAGEMENT AND              :
DOUGLAS ELLIMAN REALTY, LLC,                 :
                                             :
                           Defendants.       :
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS                :
ELLIMAN PROPERTY MANAGEMENT AND              :
DOUGLAS ELLIMAN REALTY, LLC,                 :
                                             :
                  Third- Party Plaintiffs,   :
                                             :
            - against -                      :
                                             :
JERMAINE B. WILLIAMS, AS                     :
ADMINISTRATOR OF THE ESTATE OF               :
RENNA WILLIAMS,                              :
                                             :
                  Third-Party Defendants.    :
------------------------------------------------------------X
------------------------------------------------------------X
RIVERBAY CORPORATION, DOUGLAS                :
ELLIMAN PROPERTY MANAGEMENT AND              :
DOUGLAS ELLIMAN REALTY, LLC,                 :
                                             :
                  Second Third-Party Plaintiffs, :
                                             :
            - against -                      :
                                             :
WALTER KIDDE & COMPANY, INC.,                :
WALTER KIDDE FIRE SUPPRESSION, INC.,         :
KIDDE FIRE PROTECTION, INC., UNITED          :
TECHNOLOGIES CORPORATION, UTC FIRE           :
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

17-cv-4397 (LAK) (RWL)

**ORDER SCHEDULING PRETRIAL CONFERENCE**

| | |
|---|---|
| & SECURITY CORPORATION, UTC FIRE & SECURITY AMERICAS CORPORATION, INC., THE HOME DEPOT, INC., AND HOME DEPOT, U.S.A., INC., | : : : : : |
| Second Third-Party Defendants. | : |

-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

The Court is in receipt of the joint status letter submitted by the parties on January 16, 2020 (Dkt. 247), which requests that this Court grant a 90-day extension of the fact discovery deadline and set the deadline by which the parties must inform the Court of whether either intends to move for summary judgment for 30 days following the completion of fact discovery. The Court grants both requests and accordingly modifies the deadlines in the amended Civil Case Management Plan and Scheduling order dated August 5, 2019 (Dkt. 220) as follows:

1. All fact discovery shall be completed by June 29, 2020.
2. The parties shall inform the Court as to whether either intends to move for summary judgment by July 29, 2020.

The Court also acknowledges the parties' request for a conference to discuss discovery disputes that have arisen and will issue a separate order to schedule it.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: New York, New York
January 17, 2020

Copies transmitted this date to all counsel of record.