```
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------
SARAH WILLIAMS, as Guardian of the Person and       Civ. 17-cv-4397(LAK)(RWL)
Property of STANLEY WILLIAMS,

                                Plaintiff,        **ORDER OF COMPROMISE**

             -against-

RIVERBAY CORPORATION ET AL.

                               Defendants.
-----------------------------------------------------------------x
RIVERBAY CORPORATION, DOUGLAS ELLIMAN
PROPERTY MANAGEMENT and DOUGLAS
ELLIMAN REALTY, LLC,

                          Third-Party Plaintiff,

             -against-

JERMAINE B. WILLIAMS, as Administrator of the
Estate of RENNA WILLIAMS,
                         Third-Party Defendant.
-----------------------------------------------------------------x

      UPON reading and filing the annexed affirmation of CHARLES M. ARNOLD, attorney for the Petitioner, affirmed on April 30, 2020, the Petition of JERMAINE B. WILLIAMS, Third Party Defendant herein, as court-appointed Administrator of the Estate of RENNA WILLIAMS, duly verified on April 29, 2020, and upon all the pleadings and all prior proceedings had herein.

      It appearing to the satisfaction of this Court that there is good reason to permit the Third-Party Defendant to compromise the counterclaim for the wrongful death of RENNA WILLIAMS for the sum of ███████████, and further appearing that the compromise would be to the advantage of the decedent's next of kin, and that Petitioner is willing to accept the same, and the Defendants, RIVERBAY CORPORATION, DOUGLAS ELLIMAN PROPERTY

MANAGEMENT, DOUGLAS ELLIMAN REALTY, LLC, MARION SCOTT REAL ESTATE, INC., SOUTHSIDE ELECTRIC INC. OF NY, and/or their representatives are willing to pay the same in accordance with an Order of this Court.

NOW, on petition of LERNER, ARNOLD & WINSTON LLP, attorneys for the Third Party Defendant-Petitioner herein, it is,

ORDERED, that JERMAINE B. WILLIAMS, as Administrator of the Estate of RENNA WILLIAMS, is authorized and empowered to settle and compromise the action herein for the sum of ███████, and in connection therewith, execute and deliver general releases to the Defendants, and it is further,

ORDERED, that out of the aforesaid sum, the Defendants, RIVERBAY CORPORATION, DOUGLAS ELLIMAN PROPERTY MANAGEMENT, DOUGLAS ELLIMAN REALTY, LLC, MARION SCOTT REAL ESTATE, INC., SOUTHSIDE ELECTRIC INC. OF NY, and/or their representatives pay to "LERNER, ARNOLD & WINSTON LLP" the sum of ███████ to be deposited in their attorney escrow account, thereafter, LERNER, ARNOLD & WINSTON, LLP will distribute the settlement proceeds as directed in this Order, and it is further,

ORDERED, upon receipt and clearance of the ███████ in settlement funds, LERNER, ARNOLD & WINSTON, LLP shall be paid ███████ as their legal fee, and it is further,

ORDERED, that out of the settlement proceeds of ███████, LERNER, ARNOLD & WINSTON, LLP shall be paid ███████ as reimbursement of their expenses, and it is further,

ORDERED, that the entire net proceeds of settlement, in the amount of ▇▇▇▇▇, shall be paid to JERMAINE B. WILLIAMS, individually, and it is further,

ORDERED, that payment by RIVERBAY CORPORATION, DOUGLAS ELLIMAN PROPERTY MANAGEMENT, DOUGLAS ELLIMAN REALTY, LLC, MARION SCOTT REAL ESTATE, INC., SOUTHSIDE ELECTRIC INC. OF NY, and/or its representatives shall be made within 30 days of receipt of this Court's Order along with fully executed releases and a stipulation of dismissal, and it is further,

ORDERED that the requirement of maintaining an Administrator bond is dispensed with and JERMAINE B. WILLIAMS, as Administrator of the Estate of RENNA WILLIAMS, shall no longer be required to maintain an Administrator bond as previously required by the Surrogate's Court, Bronx County, and it is further,

ORDERED, that JERMAINE B. WILLIAMS, as Administrator of the Estate of RENNA WILLIAMS, is authorized and empowered to make and execute all necessary papers to effectuate general releases to the Defendants herein.

ENTER:

_____ 4/30/2020
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

3