USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4/30/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------x
SARAH WILLIAMS, as Guardian of the Person and
Property of STANLEY WILLIAMS,

                              Plaintiff,

                 -against-

RIVERBAY CORPORATION ET AL.

                             Defendants.
------------------------------------------------------------------------x

Civ. 17-cv-4397 (LAK)(RWL)

<u>ORDER OF COMPROMISE</u>

      UPON reading and filing the annexed affirmation of ANDREW J. SMILEY, attorney for the petitioner, affirmed on April 22, 2020, the petition of SARAH WILLIAMS, duly verified on April 27, 2020, and upon all the pleadings and all prior proceedings had herein.

      It appearing to the satisfaction of this Court that there is good reason to permit the plaintiff, SARAH WILLIAMS, as the Guardian of the Person and Property of STANLEY WILLIAMS, to compromise and settle the claims asserted in this litigation for the total sum of ▇▇▇▇▇▇ and further appearing that the compromise would be to the advantage of STANLEY WILLIAMS, and that petitioner is willing to accept the same and the defendants, RIVERBAY CORPORATION, DOUGLAS ELLIMAN PROPERTY MANAGEMENT, DOUGLAS ELLIMAN REALTY, LLC, MARION SCOTT REAL ESTATE, INC., SOUTHSIDE ELECTRIC INC. OF NY, and/or their representatives are willing to pay the same in accordance with an Order of this Court.

      NOW, on petition of SMILEY & SMILEY, LLP, attorneys for the plaintiff herein, it is,

      ORDERED, that SARAH WILLIAMS, as Guardian of the person and property of STANLEY WILLIAMS, is authorized and empowered to settle and compromise the action herein for the sum of ▇▇▇▇▇▇, and it is further,

ORDERED, that out of the aforesaid sum, the defendant, RIVERBAY CORPORATION, and or its representatives pay to SMILEY & SMILEY, LLP the sum of ▮▮▮▮▮ to be deposited in their attorney escrow account, thereafter, SMILEY & SMILEY, LLP will distribute the settlement proceeds as directed in this Order, and it is further,

ORDERED, upon receipt and clearance of the ▮▮▮▮▮ in settlement funds, SMILEY & SMILEY, LLP shall be paid ▮▮▮▮▮ as their legal fee, and it is further,

ORDERED, that out of the settlement proceeds of ▮▮▮▮▮, SMILEY & SMILEY, LLP shall be paid $97,517.13 as reimbursement of their expenses, and it is further,

ORDERED, that the balance of the settlement proceeds, ▮▮▮▮▮, shall be paid to "SARAH WILLIAMS AS GUARDIAN OF STANLEY WILLIAMS" to be maintained for the benefit of STANLEY WILLIAMS, and that Sarah Williams is authorized to direct payment from this balance of any Medicaid or Medicare lien that may be asserted against Stanley Williams arising from this settlement, and it is further,

ORDERED, that payment by RIVERBAY CORPORATION and/or its representatives shall be made within 30 days of receipt by counsel for RIVERBAY CORPORATION of this Court's Order and fully executed releases and a stipulation of dismissal, and it is further,

ORDERED, that SARAH WILLIAMS, as Guardian of the person and property of STANLEY WILLIAMS, is authorized and empowered to make and execute all necessary papers to effectuate the settlement herein.

ENTER: _____ 4/30/2020

ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

2